**Kenneth S. SATTERFIELD, Plaintiff–Appellant,**

v.

**William J. HENDERSON, U.S. Postal Service, Defendant–Appellee.**

No. 00–2205.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Kenneth S. Satterfield, pro se. Janice McKenzie Cole, United States Attorney, Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

Kenneth Satterfield appeals the district court's order dismissing his civil action

---

alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Satterfield v. Henderson,* No. CA–99–719–5–BO(2) (E.D.N.C. Aug. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*